**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IURII OGANESIAN #A249-373-748 | CIVIL ACTION NO. 1:26-0593 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KRISTI NOEM, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

Before the Court is the Report and Recommendation (Record Document 10) of the Magistrate Judge recommending Iurii Oganesian's ("Oganesian") Petition for Writ of Habeas Corpus (Record Document 1) be granted because there is no significant likelihood of Oganesian's removal in the reasonably foreseeable future. On July 24, 2026, Respondents filed an objection stating that Oganesian was manifested for a flight out of the United States to be removed to Moldova on August 4, 2026. See Record Document 12. Based on this information, Respondents argue there is significant likelihood of removal in the reasonably foreseeable future. See id. On August 4, 2026, Oganesian filed a response stating "removal did not come to pass" because an Immigration Judge stayed the removal to Moldova at the last moment. Record Document 20.

For these reasons and as set forth in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 10), and after a de novo review of the record, including the Respondents' objection (Record Document 12), and Oganesian's response (Record Document 20), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **GRANTED**. Respondents must release

Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 6th day of August, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT